**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| | |
|---|---|
| In the Matter of<br>William T. Divane, Jr., et al., as the Electrical Insurance Trustees,<br>v.<br>American Sign & Lighting Co. | Case Number:<br>FILED: MARCH 26, 2008<br>08CV1749      PH<br>JUDGE BUCKLO<br>MAGISTRATE JUDGE COLE |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

William T. Divane, Jr., Kenneth J. Bauwens, Michael J. Caddigan, Larry Crawley, Samuel Evans, Tim Foley, Thomas C. Halperin, Daniel Meyer, Kevin O'Shea, and Michael Walsdorf, as the Electrical Insurance Trustees

---

NAME (Type or print)
David R. Shannon

SIGNATURE (Use electronic signature if the appearance form is filed electronically)
s/ David R. Shannon

FIRM
Tenney & Bentley, LLC

STREET ADDRESS
111 W. Washington, Suite 1900

CITY/STATE/ZIP
Chicago, IL  60602

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06205397 | 312/807-4857 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ✓        APPOINTED COUNSEL ☐