# United States District Court for the Northern District of Illinois

Case Number: 08CV1749        Assigned/Issued By: J. N.

Judge Name:                  Designated Magistrate Judge:

---

## FEE INFORMATION

*Amount Due:*   ☐ $350.00     ☐ $39.00     ☐ $5.00

☐ IFP           ☐ No Fee      ☐ Other _____

☐ $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____        Receipt #: _____

Date Payment Rec'd: _____        Fiscal Clerk: _____

---

## ISSUANCES

☑ Summons                               ☐ Alias Summons

☐ Third Party Summons                   ☐ Lis Pendens

☐ Non Wage Garnishment Summons          ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons    _____

                                        _____
                                        (Victim, Against and $ Amount)

☐ Citation to Discover Assets

☐ Writ _____
       (Type of Writ)

_1_ Original and _0_ copies on _4-23-08_ as to _DEFENDANT_____
                                    (Date)

---