```
                  UNITED STATES DISTRICT COURT
               FOR THE NORTHERN DISTRICT OF ILLINOIS
                         EASTERN DIVISION
```

| | |
|---|---|
| WILLIAM T. DIVANE, JR.,<br>et al., as the ELECTRICAL<br>INSURANCE TRUSTEES,<br><br>      Plaintiffs,<br><br>  v.<br><br>AMERICAN SIGN & LIGHTING CO.,<br><br>      Defendant. | No. 08 C 1749<br><br>Judge Bucklo |

## NOTICE OF VOLUNTARY DISMISSAL

The plaintiffs, WILLIAM T. DIVANE, JR., KENNETH J. BAUWENS, MICHAEL J. CADDIGAN, LARRY CRAWLEY, SAMUEL EVANS, TIM FOLEY, THOMAS C. HALPERIN, DANIEL MEYER, KEVIN O'SHEA, and MICHAEL R. WALSDORF, as the ELECTRICAL INSURANCE TRUSTEES, pursuant to Fed. R. Civ. P. 41(a), hereby voluntarily dismiss, without prejudice, the action filed against AMERICAN SIGN & LIGHTING CO.

                                    WILLIAM T. DIVANE JR., et al., as
                                    the ELECTRICAL INSURANCE TRUSTEES

                                    /s/ David R. Shannon
                    By: _____
                                    One of Their Attorneys

David R. Shannon
Tenney & Bentley, LLC
111 West Washington Street
Suite 1900
Chicago, Illinois 60602
(312) 407-7800